UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARTEL D. BAILEY** | * | **CIVIL ACTION NO. 18-9859** |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE JOSEPH C. WILKINSON** |

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and are hereby dismissed, with prejudice.

New Orleans, Louisiana this  6th  day of    December   , 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**